AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
July 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____aq_____
                  DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Oliva Flores Villalobos | ) Case No. **EP:25-MJ-3884-LE** |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 10, 2025** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Zane Micahel Williams, Special Agent
*Printed name and title*

Complaint sworn to telephonically on
**July 10, 2025** at **01:16 PM** and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: **07/10/2025**

_____
*Judge's signature*

City and state: **El Paso, Texas**

Laura Enriquez, US Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Zane Williams, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October, 2024.  I am currently conducting violent crimes investigations with the FBI El Paso Division, violent crimes squad.  Prior to the FBI, I was a Seasonal Police Officer for Ocean City, Maryland.  While employed as an FBI Special Agent, I have investigated violations of federal criminal laws over which the FBI has jurisdiction, to include violations of criminal law under United States Code (USC) Title 18 and Title 21.  I have received training in and/or investigated criminal organizations and individuals who had committed or conspired to commit violent crimes.

2.      On July 9, 2025, FBI Special Agent (SA) Zane Williams, David Som, Cris Estrada, and Jario Santiago, and Supervisory Special Agent Raul Hernandez responded to a residence within El Paso, Texas,  which is within the Western District of Texas, (RESIDENCE).  During an interview, Homeland Security Investigations (HSI) Agent C.K. provided the following information:  On the morning of July 9, 2025, HSI and HSI Enforcement and Removal Operations (ERO) Agents were conducting a deportation operation at RESIDENCE based on information that a woman identified as OLIVA FLORES VILLALOBOS (FLORES VILLALOBOS) was residing inside the US illegally.

3.      Agent C.K. and four other Agents arrived at RESIDENCE operating in civilian clothing, badges displayed and at least one Agent wearing body armor with markings identifying them as "HSI POLICE."  Upon contact with a woman identified as OLIVA FLORES

VILLALOBOS, the Agents informed her she was detained until they could verify her immigration status with the United States.

4. While conducting the investigation into FLORES VILLALOBOS's immigration status she requested to use the restroom. Agents then escorted FLORES VILLALOBOS to the master bathroom of the trailer. In an interview with FLORES VILLALOBOS, she stated she removed clothing to get privacy from the Agents. Agent C.K. began to issue FLORES VILLALOBOS commands to exit the bathroom. FLORES VILLALOBOS ignored the commands and began making multiple phone calls, including to her ex-husband, adult sons, sisters, and her attorney.

5. According to an interview with FLORES VILLALOBOS's son, D.M,. at approximately 10:52 a.m. FLORES VILLALOBOS called D.M. FLORES VILLALOBOS said that Immigration Officers were at RESIDENCE to arrest her. D.M. was working approximately 15 minutes away at a home near East Lake. D.M. and his brother, E.D. then drove approximately 15 minutes to RESIDENCE. Upon arriving at RESIDENCE, D.M. and E.D. forced their way towards FLORES VILLALOBOS in the bathroom.

6. FLORES VILLALOBOS kept herself locked in the bathroom. At some point family member V.M. arrived at RESIDENCE. FLORES VILLALOBOS was still barricading herself in the restroom. Agents agreed to allow V.M. into the restroom in hopes that FLORES VILLALOBOS would surrender herself. Ultimately, V.M. was ordered out of the bathroom and FLORES VILLALOBOS still refused to exit the bathroom. As V.M. was exiting the bathroom, Agent C.K. attempted to handcuff FLORES VILLALOBOS. During the attempt, FLORES VILLALOBOS escaped Agent C.K.'s attempt to handcuff her, closed the door again and began yelling.

7. Two female agents arrived at RESIDENCE. The two female Agents were able to facilitate FLORES VILLALOBOS's removal. Local Emergency Medical Service was called to the scene and ultimately medically cleared FLORES VILLALOBOS. FLORES VILLALOBOS was then transported to Immigration Customs Enforcement (ICE) headquarters for processing.

8. Based on the facts set forth above, your affiant respectfully submits there is probable cause to believe FLORES VILLALOBOS knowingly violated Title 18, United States Code 111(a)(1) – Misdemeanor Assault of a Federal Officer, within the Western District of Texas by willfully resisting and impeding arrest.