IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO.: 3:25-mj-03884-LE-1 |
| | § | |
| OLIVA FLORES VILLALOBOS | § | |

### ENTRY OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** THERESA CABALLERO, of 310 N. Mesa, Suite 502, El Paso, Texas, 79901, and files this entry of appearance on behalf of the Defendant, **OLIVA FLORES VILLALOBOS,** in the above cause number having been so retained.

**WHEREFORE,** the undersigned counsel requests that this Court permit this entry of appearance and requests a court date on behalf of the Defendant.

Respectfully submitted,

THERESA CABALLERO
State Bar No.: 03569625
Attorney for Defendant
310 N. Mesa, Suite 502
El Paso, Texas 79901
Telephone: (915)565-3550

### CERTIFICATE OF SERVICE

I, Theresa Caballero, hereby certify that on the 11th of July, 2025 a true and correct copy of the above and foregoing motion was delivered to the Office of the United States' Attorney, 2nd floor, Federal Building, 700 E. San Antonio St., El Paso, Texas 79901 via the Court's electronic filing system.

Theresa Caballero
Attorney for Defendant